FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 MAY -8 AM 11:29

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19CR 055 |
| Plaintiff, | : | |
| | : | JUDGE JUDGE BLACK |
| v. | : | |
| | : | **I N D I C T M E N T** |
| JACK SEAY, | : | |
| | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 922(o) |
| Defendant. | : | 18 U.S.C. § 924(a)(2) |
| | : | |
| | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Illegal Possession of a Machine Gun)

On or about April 25, 2019, in the Southern District of Ohio, the defendant, **JACK SEAY**, did knowingly possess a machine gun, that is, a Glock machinegun-conversion device.

**In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **JACK SEAY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to, a Glock machinegun-conversion device.

A TRUE BILL

_____
GRAND JURY FOREPERSON

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**